**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BANK OF NEW YORK ET AL,<br><br>    Defendant.<br>                                       / | No. C 13-02752 WHA<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Jon Tiger to determine whether it is related to *Theresa Murphy v. Bank of New York Mellon et al.*, No. 13-cv-02424-JST.

**IT IS SO ORDERED.**

Dated: June 14, 2013.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE